NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERASMO RODRIGUEZ,                    )
                                     )
       Appellant,                   )
                                     )
v.                                   )          Case No. 2D19-474
                                     )
STATE OF FLORIDA,                    )
                                     )
       Appellee.                    )
_____    )

Opinion filed November 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Mark F. Carpanini, Judge.

Erasmo Rodriguez, pro se.


PER CURIAM.


      Affirmed.


NORTHCUTT, KELLY, and MORRIS, JJ., Concur.